IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Cincinnati Insurance Company et al.

        Plaintiff(s)

vs                        Case No. 3:21-cv-344

                              Judge Michael J. Newman

Andy Rock F.A.S., LLC et al.       Magistrate Judge Sharon L. Ovington

        Defendant(s)

## NOTICE TO COUNSEL

The above-captioned case has been received and filed in this Court. It has been given the above-captioned case number and judge assignment. According to our records, Mark P. Estrella, Richard E. Lerner, Wendy J. Lindstrom, Michael S. McDaniel, and Christopher J. Merrick are not admitted to practice in the Southern District of Ohio. Please go to our website at www.ohsd.uscourts.gov for a copy of our local rules regarding pro hac vice admission. Our court is now using Electronic Case Filing. Please review the ELECTRONIC FILING Policies and Procedures Manual found on our website.

Pursuant to Southern District of Ohio Local Rule 83.4(e), unless otherwise ordered, in all actions filed in, transferred to or removed to this Court, all parties, not appearing in propria persona shall be represented by a trial attorney who is a permanent member of the bar of this Court.

Southern District of Ohio Local Rule 83.3 (e) permits your participation, on a case by case basis, upon the filing of an application for admission pro hac vice with supporting documents **by the local counsel**. A Two Hundred Dollars ($200.00) admission fee for each attorney applying must accompany your motion. Should the application be denied, the fee will be refunded.

If this document is manually filed and you wish copies to be returned, a self-addressed stamped envelope is required. Documents cannot be filed by fax.

Mailing address: Clerks Office, 200 West Second Street, Room 712, Dayton, OH 45402.

By: *B. Russell*
Deputy Clerk

Copy mailed to all Counsel