# BILL OF LADING

**STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

PRODUCT 6225

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading.

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

From / At: **ANDY ROCK F.A.S, ROCK-FAS**
www.arockfineart.com

DATE: 11-2-20
SHIPPER'S NO.: 0552

CONSIGNEE AND DESTINATION:
Springfield Museum of Art
107 Cliff Park Rd
Springfield, OH 45504

CARRIER / BY: **ANDY ROCK F.A.S, LLC, ROCK-FAS, LLC**
www.arockfineart.com

**DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS**

Condition Report — multiple photos taken

- No major condition change since install
- Sculpture has been dusted and clean. No longer has wood (crate) dust.
- ~~[crossed out]~~ All other condition notes from install remain.
- Many photos taken documenting the slight abrasions on bronze surface.

Repacking notes: Rigging and placement of wood disk went flawlessly

- Threaded rods should be replaced. They have become difficult to re-bolt from over use.
- Wood skid (base) holes for rod have became enlarged. Should be replaced or add large washers on rod. Wood may become compromised.

ANDY ROCK F.A.S, LLC, ROCK-FAS, LLC
4061 PARADISE RD, SEVILLE, OHIO 44273

Permanent post office address of shipper

Signature: Elizabeth Wetterstan   11/2/2020

EXHIBIT 2