**Cadogan Tate** Fine Art

| | |
|---|---|
| Date: 11/9/2020 Time: | 301 Norman Avenue  T +1 718 706 7999 |
| From: Springfield Museum of Art | Brooklyn, NY 11222  F +1 917 464 4369 |
| 107 Cliff Park Road | USA  newyork@cadogantate.com |
| Springfield OH 45504 | www.cadogantate.com |

Contact: Jessimi Jones    Tel: 937-346-8422

MC # 451491

Email: jjones@springfieldart.net    Mob:

**Collection**

To: SHIP ART INTERNATIONAL, INC
1333 Lowrie Avenue
South San Francisco CA

**FILE NO 1238409 DT6**

Contact:    Tel:

Email:    Mob:

Co-ordinator: David Turchin    Pieces: 2  Pkgs: 2

Client: Dietl International    US

VIA 11/9 MIDWEST SHUTTLE

COLLECT ONLY

ONE CRATE ~ 1000 LBS - NO LOADING DOCK - ON W MUSEUM STAFF NOW RE: NEED FOR PALLET JACK / IF THEY HAVE EQUIPMENT

| Marks & Numbers | Description of Goods and Packing | Size(in)/Wgt(Lbs) |
|---|---|---|
| | PBO CRATE<br><br>1208768A | Length: 57<br>Width: 56<br>Height: 74<br>Weight: 0.00 |
| | SOFT PACKED PEDESTAL<br><br>1208770A | Length: 55<br>Width: 55<br>Height: 7<br>Weight: 0.00 |

**EXHIBIT 3**

ALL CHANGES TO THE ABOVE MUST BE NOTED AND INITIALLED BEFORE SIGNING BELOW

Signed on Collection:    Signed on Delivery:
Name (Capital Letters)    Name (Capital Letters)

Signature    Signature

Date    Time    Date    Time

All services provided subject to the relevant contract terms, copy available on request

Page 1 of 1