UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CINCINNATI INSURANCE COMPANY, *et al.*,

    Plaintiffs,

vs.

ANDY ROCK F.A.S., LLC, *et al.*,

    Defendants.

Case No. 3:21-cv-344

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) TRANSFERRING THIS CASE TO THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION; (2) DENYING AS MOOT DEFENDANT DIETL INTERNATIONAL'S MOTIONS TO DISMISS (DOC. NOS. 8, 14); (3) VACATING ALL FORTHCOMING DEADLINES AND HEARINGS; AND (4) UPON TRANSFER, TERMINATING THIS CASE ON THE DOCKET**

---

    This case is before the Court on the parties' joint motion to transfer venue. Doc. No. 23. Pursuant to 28 U.S.C. § 1404(a), and for good cause shown, the parties' motion is **GRANTED**. The Clerk **SHALL IMMEDIATELY TRANSFER** this case to the U.S. District Court for the Central District of California, Western Division. *See* 28 U.S.C. § 84(c)(2).

    Also pending are Defendant Dietl International's Fed. R. Civ. P. 12(b)(6) motions to dismiss for forum *non conveniens*, or alternatively for transfer of venue under 28 U.S.C. § 1404(a). Doc. Nos. 8, 14. Both motions are hereby **DENIED AS MOOT**.

    Upon transfer, this case shall be **TERMINATED** on the docket. All forthcoming deadlines and hearings are hereby **VACATED**.

    **IT IS SO ORDERED.**

Date:  March 17, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge